# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WENDELL FAIRCLOTH, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No.: 06-0191-BH-C |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 24, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of June, 2006.

                                                 s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE